IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KARSAN PARMAR | § | |
| | § | |
| v. | § | CIVIL NO. 4:26-CV-01181-SDJ-BD |
| | § | |
| GOOGLE LLC, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 3, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #11), that Plaintiff Karsan Parmar's ("Plaintiff") Motion for a Temporary Restraining Order, (Dkt. #6), be denied. Plaintiff filed Objections, (Dkt. #13), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Plaintiff specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**IT IS ORDERED** that the Motion for a Temporary Restraining Order, (Dkt. #6), is **DENIED**.

**So ORDERED and SIGNED this 26th day of October, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE